867 F.2d 609
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Earl Lawrence SQUIRES, Plaintiff-Appellant,
v.
Thomas R. ISRAEL; Robert A. Lipsner, Manager Central
Classification Board; Dave Garraghty, Warden; Keith Davis;
G.P. Williams, Lt.; N. Green, Sgt.; Sgt. Berry; Larry
Jarvis, Assistant Warden; B.D. Reaves, Counselor; D.A.
Braxton, Capt.; K.L. Osborne, Assistant Warden; Rufus
Fleming, Assistant Warden; J. Armentrout, Major of
Security; Eichinger--Chairman of IAC; R. Mayfield,
Treatment Program Supervisor; K. Fox, Prison Physician;
Maxwell, Prison Nurse; Colvin, Prison Nurse; S. Murphy,
Prison Nurse; L. Day, Captain of Security; R.L. Boyes,
Lieutenant of Security; L. Taylor, Lieutenant of Security;
W. Pettry, Sergeant of Security; R. Byrd, Counseling
Supervisor; N. Ocheltree, Counselor; E.W. Murray,
Director; C.D. Larsen, Manager, CCB; W.P. Rogers, Regional
Administrator; S. Hylton, Ombudperson; J. Sisk,
Ombudsperson; M. Watkins, Ombudperson; T.B. Fairburn,
Investigator of Internal Affairs; J. Johnson, Warden; B.
Soles, Assistant Warden; S. Ponton, Counseling Supervisor;
E.D. Carey, Prison Psychiatrist; Rostiafenski, Prison
Psychiatrist; M. Altizer, Chief Psychologist; C. Robin,
Psychologist; W. Clark, Personal Property Manager; Unknown
Defts, responsible for pltf. being moved from his status in
Unit M-1 to Unit A-1; Other Unknown, responsible defts,
Defendants-Appellees.
 No. 88-7220.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Nov. 30, 1988.
Decided: Jan. 13, 1989.
 
 Earl Lawrence Squires, appellant pro se.
 Before DONALD RUSSELL, JAMES DICKSON PHILLIPS and ERVIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Earl Lawrence Squires appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Squires v. Israel, C/A No. 87-423-R (E.D.Va. July 25, 1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.